## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

SHAROD GRAHAM,

        Petitioner

        v.

PENNSYLVANIA DEPT. OF
CORRECTIONS, AND MR. M.D.
OVERMYER, SUPERINTENDENT OF SCI
FOREST,

        Respondent

:   No. 40 EM 2018

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of May, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.